**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: April 18, 2024
Docket #: 24-454
Short Title: Honigman v. Kimberly-Clark Corporation

DC Docket #: 2:15-cv-2910
DC Court: EDNY (CENTRAL ISLIP)
Trial Judge - Pamela K. Chen

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.