# GIBSON DUNN

Theodore J. Boutrous Jr.
Partner
T: +1 213.229.7804
M: +1 310.871.7093
tboutrous@gibsondunn.com

February 4, 2025

<u>VIA ECF</u>

Catherine O'Hagan Wolfe
Clerk of Court, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Kurtz v. Kimberly-Clark Corp.*, No. 24-425 (lead); *Honigman v. Kimberly-Clark Corp.*, No. 24-454

Dear Ms. Wolfe:

I represent Defendant-Appellee Kimberly-Clark Corporation in the above-captioned cases. Pursuant to Local Rule 34.1(a), and further to my September 20, 2024 Oral Argument Statement and January 8, 2025 letter, I write to update the Court regarding my availability for oral argument in connection with the Court's proposed notice of calendaring for the week of March 17, 2025.

I am now unavailable for oral argument on March 17–18, 2025. I respectfully request that oral argument not be scheduled on those dates.

Sincerely,

Theodore J. Boutrous Jr.
GIBSON, DUNN & CRUTCHER LLP